S90G0173. KOETHER et al. v. WINTERCHASE TOWNHOMES, INC. et al.
(392 SE2d 533)

PER CURIAM.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur.*

DECIDED MAY 10, 1990.

*Guy E. Davis, Jr., J. Arthur Lee, Jr.,* for appellants.
*Stephen F. Carley,* for appellees.